US District Court Bluefield
RE: 1:00-00204-001
Emergency Writ of Habeas Corpus &
Request Appointment of Counsel
5:09-0607

Case 5:09-cv-00607 Document 1 Filed 06/03/09 Page 1 of 3 PageID #: 1

FILED
JUN - 3 2009
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

6/1/09

① On 1-31-09, I informed on a correctional officer for smuggling contraband into the prison. As a result, I became a target of retaliation by officers Taylor and Ford. They let it be known that I was a "rat" which placed my wellbeing in jeopardy. CO Taylor trashed my cell, destroyed my property, and stole my radio and gave it to another inmate. CO Ford blacked my eye and has charged me with fraudulent violation of prison rules for which I'm not guilty. This resulted in my release being moved from July this year until at least October.

Senators Mollohan and Rahall have requested an investigation and one is under way, but I have no faith in the return of my good-time. I have a liberty issue and a right to that goodtime.

At a minimum, I have a right to be safe from staff, and I'm not. Only yesterday did CO Taylor threaten me again. Both him and Taylor have backed these threats with actions.

② I have requested a transfer of my supervised release to Georgia from W.V. My requests go unanswered. In West Virginia I have nothing but enemies, no employment, no home, no clothes, nothing. My work with

the D.E.A. and R.U.D.E. Task Force has caused me three (3) transfers from one prison to another over the past 9 years. Who will ensure my safety when I'm released? In Georgia I have a home, employment, transportation, and training lined up. I have no known enemies.

I need counsel appointed and a hearing on these matters as soon as possible. Both of these matters place me in harms way and are matters that fall under Habeas Corpus.

Respectfully submitted,

Chris Umberger
06453-088
POB 350
Beaver, WV
25813

Please bring this matter to Judge Fabers attention. Thanks.

CHARLESTON WV 253
02 JUN 2009 PM 1 L

Teressa L. Deppner Clerk
US District Court
PoB 4128
Bluefield, WV 24701

Chris Umberger
06453088
PoB 350
FCI Beckley
Beaver, WV 25813